UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAKIM ABD ALLAH,

                      Plaintiff,

-against-

ANTHONY ANNUCCI; CHERYL MORRIS;
THOMAS GRIFFIN; JAIFA COLLADO,
                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2020

16 **CIVIL** 1841 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2020, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
        June 10, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                      **BY:**
                                              **Deputy Clerk**